No. 15,874.

CUDAHY PACKING COMPANY *v.* BYERS.
(192 P. [2d] 448)

Decided March 29, 1948.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE STONE and MR. JUSTICE HAYS, participating.

Mr. LOUIS E. GELT, Mr. SYDNEY H. GROSSMAN, Mr. PERCY S. MORRIS, for plaintiff in error.

Mr. CHARLES R. ENOS, BERNICE M. BUCHLER, for defendant in error.